FRANK N. DARRAS #128904
MICHAEL B. HORROW #162917
SHERNOFF BIDART & DARRAS, LLP
Suite 300
3257 East Guasti Road
Ontario, CA 91761
Telephone: 9093903770
Facsimile: 9099742121

FILED

SEP 12 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

~~SOLANO~~

| | |
|---|---|
| CLARENCE RUST, | Case No.: 02:06-CV-0600386 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| METROPOLITAN LIFE INSURANCE COMPANY; ORCHARD SUPPLY HARDWARE CORPORATION PLAN, | |
| Defendant | |

   IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff CLARENCE RUST, and defendant METROPOLITAN LIFE INSURANCE COMPANY; ORCHARD SUPPLY HARDWARE CORPORATION PLAN, and their attorneys of record, that the parties have resolved this matter in its entirety.

///

///

1   IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2   shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

4   Dated: August 25, 2006        SHERNOFF BIDART & DARRAS, LLP

                                  _____
                                  MICHAEL B. HORROW
                                  Attorneys for Plaintiff: CLARENCE RUST

9   Dated: August 31, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  _____
                                  REBECCA A. HULL
                                  Attorneys for Defendants
                                  METROPOLITAN LIFE INSURANCE COMPANY;
                                  ORCHARD SUPPLY HARDWARE CORPORATION
                                  PLAN,

## ORDER

IT IS SO ORDERED.

Dated: 9/11/06
                                  _____
                                  FRANK C. DAMRELL, JR.
                                  Judge of the U.S. District Court

- 2 -
STIP AND ORDER TO DISMISS ENTIRE ACTION